Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

David J. Heubeck
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD  21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*
-------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE:
Fosamax Products Liability Litigation                          1:06-md-01789 (JFK)


-------------------------------------------------------x
*This Document Relates to:*                                **NOTICE OF APPEARANCE**

*Lois Brim v. Merck & Co., Inc.*
1:07-cv-11613-JFK

*Deborah Miller v. Merck & Co., Inc.*
1:08-cv-0940-JFK

*Annie Sampsell v. Merck & Co., Inc.*
1:08-cv-1864-JFK

*Jacqueline Hill v. Merck & Co., Inc.*
1:08-cv-2143-JFK

*Tabitha Thomas v. Merck & Co., Inc.*
1:08-cv-2220-JFK

*Girlene Wilson v. Merck & Co., Inc.*
1:08-cv-2221-JFK

*Betty Langston v. Merck & Co., Inc.*
1:08-cv-3108-JFK

*Janie Clary v. Merck & Co., Inc.*
1:08-cv-3111-JFK

*Kizzie Gray v. Merck & Co., Inc.*
1:08-cv-4262-JFK

*Alexa Maestranzi v. Merck & Co., Inc.*
1:08-cv-4263-JFK

*Sachiko Williams v. Merck & Co., Inc.*
1:08-cv-4402-JFK

*Tommie Gomez v. Merck & Co., Inc.*
1:08-cv-4775-JFK

*Leonore Andrade v. Merck & Co., Inc.*
1:08-cv-4878-JFK

*Judith Gold v. Merck & Co., Inc.*
1:08-cv-4880-JFK

*Victoria Roddy v. Merck & Co., Inc.*
1:08-cv-5205-JFK

------------------------------------------------------x

PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as

counsel of record in the above-referenced causes of action.  All inquiries, pleadings and

court documents should be filed and served upon the undersigned.

Dated: July 11, 2008
     New York, New York          Respectfully submitted,


                           _____/s/_____
                           David J. Heubeck

                           VENABLE LLP
                           750 E. Pratt Street
                           Suite 900
                           Baltimore, MD  21202
                           (410) 244-7400
                           Fax: (410) 244-7742
                           djheubeck@venable.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order via the Court's CM/ECF system.

          /s/
_____
David J. Heubeck

VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD  21202
(410) 244-7400
Fax: (410) 244-7742
djheubeck@venable.com
