Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

Paul F. Strain
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD  21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*
-------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
IN RE:
Fosamax Products Liability Litigation                1:06-md-01789 (JFK)

-------------------------------------------------x
*This Document Relates to:*                          **NOTICE OF APPEARANCE**

*Lois Brim v. Merck & Co., Inc.*
1:07-cv-11613-JFK

*Deborah Miller v. Merck & Co., Inc.*
1:08-cv-0940-JFK

*Annie Sampsell v. Merck & Co., Inc.*
1:08-cv-1864-JFK

*Jacqueline Hill v. Merck & Co., Inc.*
1:08-cv-2143-JFK

*Tabitha Thomas v. Merck & Co., Inc.*
1:08-cv-2220-JFK

*Girlene Wilson v. Merck & Co., Inc.*
1:08-cv-2221-JFK

*Betty Langston v. Merck & Co., Inc.*
1:08-cv-3108-JFK

*Janie Clary v. Merck & Co., Inc.*
1:08-cv-3111-JFK

*Kizzie Gray v. Merck & Co., Inc.*
1:08-cv-4262-JFK

*Alexa Maestranzi v. Merck & Co., Inc.*
1:08-cv-4263-JFK

*Sachiko Williams v. Merck & Co., Inc.*
1:08-cv-4402-JFK

*Tommie Gomez v. Merck & Co., Inc.*
1:08-cv-4775-JFK

*Leonore Andrade v. Merck & Co., Inc.*
1:08-cv-4878-JFK

*Judith Gold v. Merck & Co., Inc.*
1:08-cv-4880-JFK

*Victoria Roddy v. Merck & Co., Inc.*
1:08-cv-5205-JFK

------------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above-referenced causes of action.  All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: July 11, 2008
       New York, New York          Respectfully submitted,

                                         /s/
                              Paul F. Strain

                              VENABLE LLP
                              750 E. Pratt Street
                              Suite 900
                              Baltimore, MD  21202
                              (410) 244-7400
                              Fax: (410) 244-7742
                              pfstrain@venable.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 11, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order via the Court's CM/ECF system.

                                                    /s/
                                Paul F. Strain

                                VENABLE LLP
                                750 E. Pratt Street
                                Suite 900
                                Baltimore, MD  21202
                                (410) 244-7400
                                Fax: (410) 244-7742
                                pfstrain@venable.com